IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 0 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-07-280-03 |
| Kamleshkumar Bhakta | § | |

## ORDER

BE IT REMEMBERED on this **10** day of **August**, 20**07**, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **May 10, 2007**, wherein the defendant **Kamleshkumar Bhakta** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Kamleshkumar Bhakta** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Kamleshkumar Bhakta guilty of the offense of conspiracy to harbor certain illegal aliens within the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(iii) and guilty of the offense of attempting to harbor certain illegal aliens, by renting two rooms, at the Country Side Inn, to an individual, for the purpose of harboring illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and 1324 (a)(1)(A)(v)(II).**

SIGNED this the **10** day of **August**, 20**07**.

_____
Hilda G. Tagle
United States District Judge